**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

NORTHERN DISTRICT OF GEORGIA (ALL DIVISIONS)

Case number *(if known)* _____    Chapter __11__

☐ Check if this an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy      4/19

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**
**For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| 1. | **Debtor's name** | **My Kidz Dentist  of Carrollton PC** |
| 2. | **All other names debtor used in the last 8 years** <br> Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | 47-2897233 |

| | | |
|---|---|---|
| 4. | **Debtor's address** | **Principal place of business** | **Mailing address, if different from principal place of business** |

**1124 N. Park Street**
**Ste 202**
**Carrollton, GA 30117**
Number, Street, City, State & ZIP Code

**1741 Newnan Crossing**
**Newnan, GA 30265**
P.O. Box, Number, Street, City, State & ZIP Code

**Carroll**
County

**Location of principal assets, if different from principal place of business**

Number, Street, City, State & ZIP Code

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | |

| | | |
|---|---|---|
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) |
| | | ☐ Partnership (excluding LLP) |
| | | ☐ Other. Specify: |

Debtor    **My Kidz Dentist  of Carrollton PC**                                            Case number (*if known*) _____
_____
Name

**7.** **Describe debtor's business**    A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

_____

**8.** **Under which chapter of the Bankruptcy Code is the debtor filing?**    *Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check all that apply*:

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625 (amount subject to adjustment on 4/01/22 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.** **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

■ No.

☐ Yes.

If more than 2 cases, attach a separate list.

| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

**10.** **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☐ No

■ Yes.

List all cases. If more than 1, attach a separate list

| Debtor | **See Attachment** | | Relationship | _____ |
| District | _____ | When | _____ | Case number, if known | _____ |

Debtor    **My Kidz Dentist  of Carrollton PC**
_____    Case number (*if known*) _____
Name

**11. Why is the case filed in this district?**    *Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes.    Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
    What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
    Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.    Insurance agency _____
        Contact name    _____
        Phone    _____

---

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**    .    *Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor  **My Kidz Dentist  of Carrollton PC**                                    Case number (*if known*) _____
        Name

---

| | **Request for Relief, Declaration, and Signatures** |

---

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature
of authorized
representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **December 13, 2019**
               MM / DD / YYYY

**X** **/s/ Dr. Lona Bibbs-Walker** _____        **Dr. Lona Bibbs-Walker** _____
   Signature of authorized representative of debtor              Printed name

Title _____

---

**18. Signature of attorney**

**X** **/s/ Ian M. Falcone** _____        Date  **December 13, 2019**
   Signature of attorney for debtor                          MM / DD / YYYY

**Ian M. Falcone 254470** _____
Printed name

**The Falcone Law Firm, P.C.** _____
Firm name

**363 Lawrence Street**
**Marietta, GA 30060** _____
Number, Street, City, State & ZIP Code

Contact phone  **(770) 426-9359** _____        Email address  **attorneys@falconefirm.com** _____

**254470 GA** _____
Bar number and State

Debtor   **My Kidz Dentist  of Carrollton PC**
Name

Case number (*if known*) _____

---

**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

NORTHERN DISTRICT OF GEORGIA (ALL DIVISIONS)

Case number (*if known*) _____   Chapter ___**11**___

☐ Check if this an
amended filing

---

## FORM 201. VOLUNTARY PETITION

### Pending Bankruptcy Cases Attachment

| | | | |
|---|---|---|---|
| Debtor | **My Kidz Dentist of Fayetteville** | Relationship to you | **Affiliate** |
| District | **Nothern District of GA-NEWNAN** When **12/13/19** | Case number, if known | |
| Debtor | **My Kidz Dentist PC** | Relationship to you | **Affiliate** |
| District | **Northern District of GA- NEWNAN** When **12/13/19** | Case number, if known | |

**Fill in this information to identify the case:**

Debtor name    **My Kidz Dentist of Carrollton PC**

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF GEORGIA (ALL DIVISIONS)

Case number (if known) _____

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.** Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☐ *Schedule H: Codebtors* (Official Form 206H)
- ☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    __December 13, 2019__    X _/s/ Dr. Lona Bibbs-Walker_____
                                                   Signature of individual signing on behalf of debtor

                                              **Dr. Lona Bibbs-Walker**
                                              Printed name

                                              Position or relationship to debtor

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | **My Kidz Dentist  of Carrollton PC** |
| United States Bankruptcy Court for the: | **NORTHERN DISTRICT OF GEORGIA (ALL DIVISIONS)** |
| Case number (if known): | |

☐ Check if this is an

amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
**12/15**

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **ADT Protection 1 830 Franklin Court, Ste A Marietta, GA 30067** | | Services | | | | $4,198.00 |
| **Airgas 2015 Vaughn Road, Bldg 400 Kennesaw, GA 30144** | | Supplier | | | | $3,168.00 |
| **Atlanta Dental 1650 Satellite Blvd Duluth, GA 30097** | | Supplier | | | | $3,479.86 |
| **Avesis c/o Steve Maniloff/Montgomery 1735 Market Street Philadelphia, PA 19103** | | Medicaid Overpayment | | | | $216,184.00 |
| **CapFlow 2232 Brigham Street #5 Brooklyn, NY 11229** | | Business Loan | | | | $21,585.00 |
| **Communtiy Bank of Pickens Co 15 Sammy McGhee Blvd Jasper, GA 30143** | | 3rd Prioirity Fixtures, equipment, ARs, inventory, chattel paper, accounts, intangibles | | $553,786.00 | $0.00 | $553,786.00 |
| **Communtiy Bank of Pickens Co 15 Sammy McGhee Blvd Jasper, GA 30143** | | 4th Priority Fixtures, equipment, ARs, chattel paper, intangibles | | $491,970.00 | $0.00 | $491,970.00 |
| **Darby Dental Supply 300 Jericho Quadrangle LI Jericho, NY 11753** | | Supplier | | | | $7,372.00 |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor __My Kidz Dentist  of Carrollton PC_____     Case number *(if known)* _____
Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **De Lage Landen Financial 111 Old Eagle School Rd Wayne, PA 19087** | | **Equipment - Copier** | | $3,524.27 | $0.00 | $3,524.27 |
| **IKUKA Capital 162 Elmora Ave Elizabeth, NJ 07202** | | **Business Loan** | | | | $29,980.00 |
| **Mr. Advance Capital LLC 116 Nassau Street, Ste 804 New York, NY 10038** | | **18th Priority assets, accounts, ARs, chattel paper, inventory, equipment, intangibles** | | $37,035.00 | $0.00 | $37,035.00 |
| **NuLink 2-A Jackosn Street Newnan, GA 30263** | | **Supplier** | | | | $1,644.00 |
| **Ora Labs 18685 E. Plaza Drive Parker, CO 80134** | | **Supplier** | | | | $1,415.00 |
| **Patterson Dental 1775 W. Oak Parkway #500 Marietta, GA 30062** | | **Supplier** | | | | $30,186.00 |
| **Quench Water 630 Allendale Rd, Ste 200 King of Prussia, PA 19406** | | **Services** | | | | $0.00 |
| **RPM Rewards LLC 340 Youngs Cir Fayetteville, GA 30215** | | **Supplier** | | | | $1,656.00 |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                                                                    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    **My Kidz Dentist  of Carrollton PC**

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF GEORGIA (ALL DIVISIONS)

Case number (if known) _____

☐ Check if this is an
   amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    12/15

| Part 1: | Summary of Assets |
|---|---|

1.    *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

    1a. **Real property:**
    Copy line 88 from *Schedule A/B*.................................................................................. $     **0.00**

    1b. **Total personal property:**
    Copy line 91A from *Schedule A/B*.............................................................................. $     **3,202,708.39**

    1c. **Total of all property:**
    Copy line 92 from *Schedule A/B*................................................................................ $     **3,202,708.39**

| Part 2: | Summary of Liabilities |
|---|---|

2.    *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*................................... $     **1,086,315.27**

3.    *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*.......................................................... $     **0.00**

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*............................................... +$     **320,867.86**

4.    **Total liabilities** .............................................................................................
    Lines 2 + 3a + 3b

$     **1,407,183.13**

**Fill in this information to identify the case:**

Debtor name    **My Kidz Dentist  of Carrollton PC**

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF GEORGIA (ALL DIVISIONS)

Case number (if known)    _____

☐ Check if this is an
amended filing

## Official Form 206A/B
# Schedule A/B: Assets - Real and Personal Property    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest.
Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties
which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts
or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write
the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an
additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset
schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the
debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

1. Does the debtor have any cash or cash equivalents?

☐ No.  Go to Part 2.
☑ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

3.    Checking, savings, money market, or financial brokerage accounts *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **Suntrust (balance as of 11/30/2019** | **checking** | **1500** | **$10,135.00** |

4.    Other cash equivalents *(Identify all)*

5.    **Total of Part 1.**    **$10,135.00**

    Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| Part 2: | Deposits and Prepayments |
|---|---|

6. Does the debtor have any deposits or prepayments?

☑ No.  Go to Part 3.
☐ Yes Fill in the information below.

| Part 3: | Accounts receivable |
|---|---|

10. Does the debtor have any accounts receivable?

☐ No.  Go to Part 4.
☑ Yes Fill in the information below.

11.    **Accounts receivable**

| | | face amount | | doubtful or uncollectible accounts | |
|---|---|---|---|---|---|
| | 11b. Over 90 days old: | **471,232.21** | - | **345,658.82** | =.... **$125,573.39** |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

| Debtor | **My Kidz Dentist of Carrollton PC** | Case number *(If known)* _____ |
|---|---|---|
| | Name | |

| 12. | **Total of Part 3.** | | $125,573.39 |
|---|---|---|---|
| | Current value on lines 11a + 11b = line 12.  Copy the total to line 82. | | |

**Part 4:**    **Investments**

13. **Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

**Part 5:**    **Inventory, excluding agriculture assets**

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.
■ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19. **Raw materials** | | | | |
| 20. **Work in progress** | | | | |
| 21. **Finished goods, including goods held for resale** | | | | |
| 22. **Other inventory or supplies** Dental supplies | 11/2019 | Unknown | | $17,000.00 |

| 23. | **Total of Part 5.** | | $17,000.00 |
|---|---|---|---|
| | Add lines 19 through 22.  Copy the total to line 84. | | |

24. **Is any of the property listed in Part 5 perishable?**
■ No
☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
■ No
☐ Yes. Book value _____  Valuation method _____  Current Value _____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
■ No
☐ Yes

**Part 6:**    **Farming and fishing-related assets (other than titled motor vehicles and land)**

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

**Part 7:**    **Office furniture, fixtures, and equipment; and collectibles**

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
■ Yes Fill in the information below.

| General description | | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|

Official Form 206A/B          Schedule A/B Assets - Real and Personal Property          page 2

| Debtor | **My Kidz Dentist  of Carrollton PC** | Case number *(If known)* | |
|---|---|---|---|
| | Name | | |

39.     **Office furniture**

40.     **Office fixtures**

41.     **Office equipment, including all computer equipment and communication systems equipment and software**
**Office equipment, computer equipment, dental equipment**      Unknown      **$50,000.00**

42.     **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43.     **Total of Part 7.**
Add lines 39 through 42.  Copy the total to line 86.      **$50,000.00**

44.     **Is a depreciation schedule available for any of the property listed in Part 7?**
☑ No
☐ Yes

45.     **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
☑ No
☐ Yes

## Part 8:    Machinery, equipment, and vehicles

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☑ No.  Go to Part 9.
☐ Yes Fill in the information below.

## Part 9:    Real property

54. **Does the debtor own or lease any real property?**

☑ No.  Go to Part 10.
☐ Yes Fill in the information below.

## Part 10:    Intangibles and intellectual property

59. **Does the debtor have any interests in intangibles or intellectual property?**

☐ No.  Go to Part 11.
☑ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60.   **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61.   **Internet domain names and websites** | | | |
| 62.   **Licenses, franchises, and royalties** | | | |
| 63.   **Customer lists, mailing lists, or other compilations** | | | |
| 64.   **Other intangibles, or intellectual property** | | | |
| 65.   **Goodwill** **Good Will of Business** | Unknown | | **$3,000,000.00** |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

Debtor    **My Kidz Dentist  of Carrollton PC**                              Case number *(If known)* _____
          Name

66.    **Total of Part 10.**

       Add lines 60 through 65. Copy the total to line 89.

| $3,000,000.00 |
|---|

67.    **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**
       ■ No
       ☐ Yes

68.    **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
       ■ No
       ☐ Yes

69.    **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
       ■ No
       ☐ Yes

**Part 11:    All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

    ■ No.  Go to Part 12.
    ☐ Yes Fill in the information below.

| Debtor | **My Kidz Dentist  of Carrollton PC** | Case number *(If known)* | |
|---|---|---|---|
| | Name | | |

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $10,135.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $125,573.39 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $17,000.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $50,000.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9*.........................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $3,000,000.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $3,202,708.39 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $3,202,708.39 |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

| Fill in this information to identify the case: |
|---|

Debtor name    **My Kidz Dentist  of Carrollton PC**

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF GEORGIA (ALL DIVISIONS)

Case number (if known)

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property                    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|

| 2.1 | **Alfa Advance LLC** | Describe debtor's property that is subject to a lien | **$0.00** | **$0.00** |
|---|---|---|---|---|

Creditor's Name

**31-10  37th Ave, Ste 202**
**Long Island City, NY 11109**

Creditor's mailing address

**8th Priority**
**Recievables, inventory, equipment, accounts, intangibles**

Describe the lien
**UCC-1**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Date debt was incurred**
**3/18/2019**

**Last 4 digits of account number**
**0897**

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

| 2.2 | **Communtiy Bank of Pickens Co** | Describe debtor's property that is subject to a lien | **$553,786.00** | **$0.00** |
|---|---|---|---|---|

Creditor's Name

**15 Sammy McGhee Blvd**
**Jasper, GA 30143**

Creditor's mailing address

**3rd Priioirity**
**Fixtures, equipment, ARs, inventory, chattel paper, accounts, intangibles**

Describe the lien
**UCC-1**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Date debt was incurred**
**7/30/2015**

**Last 4 digits of account number**
**8143**

**As of the petition filing date, the claim is:**
Check all that apply

**Do multiple creditors have an interest in the same property?**

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor  **My Kidz Dentist  of Carrollton PC**                                    Case number (if know) _____
Name

☑ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 | **Communtiy Bank of Pickens Co** | | **Describe debtor's property that is subject to a lien** | $491,970.00 | $0.00 |

Creditor's Name

**15 Sammy McGhee Blvd
Jasper, GA 30143**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred
7/30/2015**

**Last 4 digits of account number
8144**

**Do multiple creditors have an
interest in the same property?**

☑ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

**4th Priority
Fixtures, equipment, ARs, chattel paper,
intangibles**

**Describe the lien**
**UCC-1**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.4 | **Corporation Service Company** | | **Describe debtor's property that is subject to a lien** | $0.00 | $0.00 |

Creditor's Name

**as representative
PO Box 2576
Springfield, IL 62708**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred
10/25/2018**

**Last 4 digits of account number
7798**

**Do multiple creditors have an
interest in the same property?**

☑ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

**7th Priiority
Accounts, Chattel paper, ARs, intangibles,
inventory, equipment.proceeds and products**

**Describe the lien**
**UCC-1**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.5 | **CT Corporation systems** | | **Describe debtor's property that is subject to a lien** | $0.00 | $0.00 |

Creditor's Name

**as representative
330 N. Brand Blvd, Ste 700
Glendale, CA 91203**

Creditor's mailing address

**16th Priority
assets, accounts, Ars, chattel paper,
equipment intangibles, inventory**

**Describe the lien**
**UCC-1**

---

Official Form 206D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**                              page 2 of 4

| Debtor | My Kidz Dentist  of Carrollton PC | Case number (if know) | |
|---|---|---|---|
| | Name | | |

Creditor's email address, if known

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**8/26/2019**

**Last 4 digits of account number**

**8196**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

| 2.6 | **De Lage Landen Financial** | Describe debtor's property that is subject to a lien | $3,524.27 | $0.00 |
|---|---|---|---|---|
| | Creditor's Name | **Equipment - Copier** | | |

**111 Old Eagle School Rd**
**Wayne, PA 19087**

Creditor's mailing address

**Describe the lien**

**Equipment Loan**

**Is the creditor an insider or related party?**

■ No

☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**12/3/2018**

**Last 4 digits of account number**

**8715**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

| 2.7 | **Mr. Advance Capital LLC** | Describe debtor's property that is subject to a lien | $37,035.00 | $0.00 |
|---|---|---|---|---|
| | Creditor's Name | **18th Priority** | | |

**116 Nassau Street, Ste 804**
**New York, NY 10038**

**assets, accounts, ARs, chattel paper, inventory, equipment, intangibles**

Creditor's mailing address

**Describe the lien**

**UCC-1**

**Is the creditor an insider or related party?**

■ No

☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

☐ No

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**11/18/2019**

**Last 4 digits of account number**

**1032**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor    **My Kidz Dentist  of Carrollton PC**                                    Case number (if known) _____
_____Name_____

3.    Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.    **$1,086,315.27**

| Part 2: | List Others to Be Notified for a Debt Already Listed in Part 1 |
|---|---|

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **CSC**<br>**801 Adial Stevenson Drive**<br>**Springfield, IL 62703** | Line __**2.4**__ | |
| **CSC**<br>**801 Adial Stevenson Drive**<br>**Springfield, IL 62703** | Line __**2.7**__ | |
| **Jeffrey Schaefer**<br>**Lease Direct**<br>**PO BOx 6980**<br>**Wayne, PA 19087** | Line __**2.6**__ | |
| **Kitchens Kelley Gaynes PC**<br>**Glenridge Highlands One**<br>**5555 Glenridge Conn, Ste 800**<br>**Atlanta, GA 30342** | Line __**2.2**__ | |
| **Kitchens Kelley Gaynes PC**<br>**Glenridge Highlands One**<br>**5555 Glenridge Conn, Ste 800**<br>**Atlanta, GA 30342** | Line __**2.3**__ | |
| **Lien Solutions**<br>**PO Box 29071**<br>**Glendale, CA 91209-9071** | Line __**2.1**__ | |
| **Lien Solutions**<br>**PO Box 29071**<br>**Glendale, CA 91209-9071** | Line __**2.5**__ | |
| **Lynn Carroll, Esq.**<br>**Building 1, Ste 400**<br>**101 Village Parkway**<br>**Marietta, GA 30067** | Line __**2.2**__ | |
| **Lynn Carroll, Esq.**<br>**Building 1, Ste 400**<br>**101 Village Parkway**<br>**Marietta, GA 30067** | Line __**2.3**__ | |
| **MCA Recovery LLC**<br>**Zachary Chsin**<br>**17 State Street, Ste 4000**<br>**New York, NY 10004** | Line __**2.7**__ | |

Official Form 206D                    Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**                    page 4 of 4

**Fill in this information to identify the case:**

Debtor name __My Kidz Dentist  of Carrollton PC__

United States Bankruptcy Court for the: __NORTHERN DISTRICT OF GEORGIA (ALL DIVISIONS)__

Case number (if known) _____

☐ Check if this is an
   amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                            12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☑ No. Go to Part 2.

   ☐ Yes. Go to line 2.

### Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

3. List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
   out and attach the Additional Page of Part 2.

|  |  | Amount of claim |
|---|---|---|
| **3.1** | **Nonpriority creditor's name and mailing address**<br>**ADT Protection 1**<br>**830 Franklin Court, Ste A**<br>**Marietta, GA 30067**<br><br>**Date(s) debt was incurred** _____<br>**Last 4 digits of account number  4307** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  __Services__<br><br>Is the claim subject to offset? ☑ No  ☐ Yes | **$4,198.00** |
| **3.2** | **Nonpriority creditor's name and mailing address**<br>**Airgas**<br>**2015 Vaughn Road, Bldg 400**<br>**Kennesaw, GA 30144**<br><br>**Date(s) debt was incurred** _____<br>**Last 4 digits of account number** _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  __Supplier__<br><br>Is the claim subject to offset? ☑ No  ☐ Yes | **$3,168.00** |
| **3.3** | **Nonpriority creditor's name and mailing address**<br>**Atlanta Dental**<br>**1650 Satellite Blvd**<br>**Duluth, GA 30097**<br><br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number  0193** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  __Supplier__<br><br>Is the claim subject to offset? ☑ No  ☐ Yes | **$3,479.86** |
| **3.4** | **Nonpriority creditor's name and mailing address**<br>**Avesis**<br>**c/o Steve Maniloff/Montgomery**<br>**1735 Market Street**<br>**Philadelphia, PA 19103**<br><br>**Date(s) debt was incurred** _____<br>**Last 4 digits of account number** _____ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  __Medicaid Overpayment__<br><br>Is the claim subject to offset? ☑ No  ☐ Yes | **$216,184.00** |

| Debtor | **My Kidz Dentist of Carrollton PC** | Case number (if known) | |
| | Name | | |

| 3.5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$21,585.00** |
|---|---|---|---|

**CapFlow**
**2232 Brigham Street #5**
**Brooklyn, NY 11229**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  **Business Loan**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$7,372.00** |
|---|---|---|---|

**Darby Dental Supply**
**300 Jericho Quadrangle Ll**
**Jericho, NY 11753**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  **Supplier**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$29,980.00** |
|---|---|---|---|

**IKUKA Capital**
**162 Elmora Ave**
**Elizabeth, NJ 07202**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  **Business Loan**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,644.00** |
|---|---|---|---|

**NuLink**
**2-A Jackosn Street**
**Newnan, GA 30263**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number  4935**

Basis for the claim:  **Supplier**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,415.00** |
|---|---|---|---|

**Ora Labs**
**18685 E. Plaza Drive**
**Parker, CO 80134**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  **Supplier**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.10 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$30,186.00** |
|---|---|---|---|

**Patterson Dental**
**1775 W. Oak Parkway #500**
**Marietta, GA 30062**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  **Supplier**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.11 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Quench Water**
**630 Allendale Rd, Ste 200**
**King of Prussia, PA 19406**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  **Services**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **My Kidz Dentist of Carrollton PC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,656.00** |
|---|---|---|---|

**RPM Rewards LLC**
**340 Youngs Cir**
**Fayetteville, GA 30215**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** <u>Supplier</u>

Is the claim subject to offset? ■ No ☐ Yes

---

| Part 3: | List Others to Be Notified About Unsecured Claims |
|---|---|

4. **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

---

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

5. **Add the amounts of priority and nonpriority unsecured claims.**

|  |  | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ 0.00 |
| **5b. Total claims from Part 2** | 5b.  + | $ 320,867.86 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ 320,867.86 |

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
</table>

Debtor name    **My Kidz Dentist  of Carrollton PC**

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF GEORGIA (ALL DIVISIONS)

Case number (if known)    _____

☐ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.    **Does the debtor have any executory contracts or unexpired leases?**
☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal     Property*
(Official Form 206A/B).

| **2. List all contracts and unexpired leases** | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|
| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | **Has prepaid rent through 10/2022** | |
| | State the term remaining | **10/2022** | **Alliance Orthodontics** |
| | List the contract number of any government contract | _____ | **1124 N. Park Street Ste S Carrollton, GA 30117** |
| 2.2. | State what the contract or lease is for and the nature of the debtor's interest | **Future Receivables sale and purchase agreement** | |
| | State the term remaining | **unknown** | **Mr. Advance Capital LLC** |
| | List the contract number of any government contract | _____ | **116 Nassau Street, Ste 804 New York, NY 10038** |
| 2.3. | State what the contract or lease is for and the nature of the debtor's interest | **Lease for Carrollton premissis** | |
| | State the term remaining | **expires 5/2020** | |
| | List the contract number of any government contract | _____ | **RiverBridge LTD** |

12/13/19  3:23PM

| Fill in this information to identify the case: |
|---|
| Debtor name    **My Kidz Dentist  of Carrollton PC** |
| United States Bankruptcy Court for the:    NORTHERN DISTRICT OF GEORGIA (ALL DIVISIONS) |
| Case number (if known)    _____ |

☐ Check if this is an
   amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the
Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of
creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule
on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | **Lona Bibbs-Walker** | **193 Stanley Road Fayetteville, GA 30214** | **CT Corporation systems** | ■ D    **2.5** <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.2 | **My Dental Career & Staffing LL** | **193 Stanley Rd Fayetteville, GA 30214** | **Mr. Advance Capital LLC** | ■ D    **2.7** <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.3 | **My Dental Career & Staffing LL** | **193 Stanley Rd Fayetteville, GA 30214** | **CT Corporation systems** | ■ D    **2.5** <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.4 | **My Kidz Dentist** | **Of Fayetteville 193 Stanley Rd Fayetteville, GA 30214** | **Corporation Service Company** | ■ D    **2.4** <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.5 | **My Kidz Dentist** | **Of Fayetteville 193 Stanley Rd Fayetteville, GA 30214** | **Mr. Advance Capital LLC** | ■ D    **2.7** <br> ☐ E/F _____ <br> ☐ G _____ |

Debtor    **My Kidz Dentist  of Carrollton PC**                    Case number *(if known)*  _____

▮  **Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|
| 2.6 | **My Kidz Dentist** | **Of Fayetteville**<br>**193 Stanley Rd**<br>**Fayetteville, GA 30214** | **Alfa Advance LLC** | ■ D __2.1__<br>☐ E/F ____<br>☐ G ____ |
| 2.7 | **My Kidz Dentist** | **Of Fayetteville**<br>**193 Stanley Rd**<br>**Fayetteville, GA 30214** | **IKUKA Capital** | ☐ D ____<br>■ E/F __3.7__<br>☐ G ____ |
| 2.8 | **My Kidz Dentist**<br>**PC** | **1741 Newnan Crossing**<br>**Newnan, GA 30265** | **Corporation Service**<br>**Company** | ■ D __2.4__<br>☐ E/F ____<br>☐ G ____ |
| 2.9 | **My Kidz Dentist**<br>**PC** | **1741 Newnan Crossing**<br>**Newnan, GA 30265** | **Mr. Advance Capital**<br>**LLC** | ■ D __2.7__<br>☐ E/F ____<br>☐ G ____ |
| 2.10 | **My Kidz Dentist**<br>**PC** | **1741 Newnan Crossing**<br>**Newnan, GA 30265** | **Alfa Advance LLC** | ■ D __2.1__<br>☐ E/F ____<br>☐ G ____ |
| 2.11 | **My Kidz Dentist**<br>**PC** | **1741 Newnan Crossing**<br>**Newnan, GA 30265** | **CT Corporation**<br>**systems** | ■ D __2.5__<br>☐ E/F ____<br>☐ G ____ |
| 2.12 | **My Kidz Dentist**<br>**PC** | **1741 Newnan Crossing**<br>**Newnan, GA 30265** | **CapFlow** | ☐ D ____<br>■ E/F __3.5__<br>☐ G ____ |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    **My Kidz Dentist  of Carrollton PC**

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF GEORGIA (ALL DIVISIONS)

Case number (if known)    _____

☐ Check if this is an
amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy                    04/19

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

**Part 1:    Income**

1.  **Gross revenue from business**

    ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From  **1/01/2019** to **Filing Date** | ☐ Operating a business<br>■ Other  **Operating a business (through 9/30/2019)** | **$694,394.00** |
| **For prior year:**<br>From  **1/01/2018** to **12/31/2018** | ■ Operating a business<br>☐ Other  _____ | **$5,539.55** |
| **For year before that:**<br>From  **1/01/2017** to **12/31/2017** | ■ Operating a business<br>☐ Other  _____ | **$22,710.27** |

2.  **Non-business revenue**
    Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

    ■ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|

**Part 2:    List Certain Transfers Made Before Filing for Bankruptcy**

3.  **Certain payments or transfers to creditors within 90 days before filing this case**
    List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

    ☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
|---|---|---|---|

12/13/19  3:23PM

Debtor    **My Kidz Dentist  of Carrollton PC**

Case number *(if known)* _____

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.1.  **Viva Healthcare Funding LLC**<br>**8981 Castner Drive, ste E**<br>**El Paso, TX 79907** | **9/2019;**<br>**10/2019** | **$22,684.00** | ■ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.2.  **Aquina**<br>**3300 Highlands Parkway #290**<br>**Smyrna, GA 30082** | **9/2019;10/20<br>19** | **$170,000.00** | ☐ Secured debt<br>■ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.3.  **CapFlow**<br>**2232 Brigham Street #5**<br>**Brooklyn, NY 11229** | **9/2019;10/20<br>19** | **$13,485.00** | ☐ Secured debt<br>■ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.4.  **Tru Advance** | **9/2019;**<br>**10/2019** | **$14,706.00** | ■ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.5.  **Queen Funding**<br>**101 Chase Ave**<br>**ste 208**<br>**Lakewood, NJ 08701** | **9/2019;**<br>**10/2019** | **$29,211.00** | ■ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

4.  **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

■ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5.  **Repossessions, foreclosures, and returns**
List any property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6.  **Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                                   Best Case Bankruptcy

| Debtor | My Kidz Dentist  of Carrollton PC | Case number *(if known)* | |

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

---

**Part 3:** Legal Actions or Assignments

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case**.**

☐ None.

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | **Viva Capital Funding LLC vs My Kidz Dentist PC et al**<br>**SUV2019001345-MB** | **Contract/Contempt** | **Superior Court of Coweta County Georgia**<br>**72 Greenville Street**<br>**Newnan, GA 30263** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.2. | **Opportunity Fund Community Development vs My Kidz Dentist**<br>**19CV358957** | **Contract** | **Superior Court of Santa Clara California**<br>**191 North First Street**<br>**San Jose, CA 95113** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.3. | **Community Bank of Pickens County vs My Kidz Dentist et al**<br>**19SV0522E** | **Foreclosure of Personal Property** | **State court of Coweta County GA**<br>**Coweta County Justice Center**<br>**72 Greenville Street**<br>**Newnan, GA 30263** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

**8. Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

---

**Part 4:** Certain Gifts and Charitable Contributions

**9.** **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

---

**Part 5:** Certain Losses

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

---

**Part 6:** Certain Payments or Transfers

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor    **My Kidz Dentist  of Carrollton PC**                                    Case number *(if known)* _____

---

11. **Payments related to bankruptcy**
Lists any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **The Falcone Law Firm, P.C. 363 Lawrence Street Marietta, GA 30060** | **Attorney Fees** | **12/2019** | **$7,515.00** |
| | **Email or website address attorneys@falconefirm.com** | | | |
| | **Who made the payment, if not debtor?** | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

| Part 7: | Previous Locations |
|---|---|

14. **Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

| Part 8: | Health Care Bankruptcies |
|---|---|

15. **Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If  debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

| Debtor | My Kidz Dentist  of Carrollton PC | Case number *(if known)* | |

---

**Part 9:    Personally Identifiable Information**

16. **Does the debtor collect and retain personally identifiable information of customers?**

☐  No.
☑  Yes. State the nature of the information collected and retained.

   address, telephone number, insusrance, soicial secutity numbers

   Does the debtor have a privacy policy about that information?
   ☐ No
   ☑ Yes

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☑  No. Go to Part 10.
☐  Yes. Does the debtor serve as plan administrator?

---

**Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

18. **Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | **Bank of America** | XXXX- | ☑ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | **11/2/2019** | $0.00 |
| 18.2. | **Chase Bank** | XXXX- | ☑ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | 2018 | $0.00 |

19. **Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

20. **Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

Debtor    **My Kidz Dentist  of Carrollton PC**                                    Case number *(if known)* _____

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|

**Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own**

**21. Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

**Part 12:    Details About Environment Information**

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22.    Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

  ■ No.
  ☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

**23.    Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

  ■ No.
  ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

  ■ No.
  ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:    Details About the Debtor's Business or Connections to Any Business**

**25. Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN.  Dates business existed |
|---|---|---|

| Debtor | My Kidz Dentist of Carrollton PC | Case number (if known) | |
|---|---|---|---|

**26. Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Date of service From-To |
|---|---|
| 26a.1. | **VAAS Professionals**<br>**325 Edgewood Ave**<br>**Atlanta, GA** | **2209-2016** |
| 26a.2. | **Etienne Business Solutions LLC**<br>**2004 Eastview Parkway, Ste 102**<br>**Conyers, GA 30013** | **2016-2019** |
| 26a.3. | **Frontline Tax Accounting Services**<br>**2470 Windy Hill Road**<br>**Marietta, GA 30067** | **2019- Present** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

■ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| Name and address |
|---|

**27. Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☐ No

■ Yes. Give the details about the two most recent inventories.

| | Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|---|
| 27.1. | **Lona Bibbs** | **11/2019** | **500,000** |

| Name and address of the person who has possession of inventory records |
|---|
| **Lona Bibbs**<br>**1741 Newnan Crossing Blvd**<br>**Newnan, GA 30265** |

**28.** List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Lona Bibbs** | **193 Stanley Road**<br>**Fayetteville, GA 30214** | **President** | **100** |

| Debtor | **My Kidz Dentist  of Carrollton PC** | | Case number *(if known)* | |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

■ No
☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

■ No
☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the parent corporation |
|---|---|

## Part 14:   Signature and Declaration

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **December 13, 2019**

**/s/ Dr. Lona Bibbs-Walker**                     **Dr. Lona Bibbs-Walker**
Signature of individual signing on behalf of the debtor              Printed name

Position or relationship to debtor

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
■ No
☐ Yes

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
### Northern District of Georgia (ALL DIVISIONS)

In re    **My Kidz Dentist of Carrollton LLC** _____    Case No. _____

Debtor(s)    Chapter    **11**

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.    Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

For legal services, I have agreed to accept    $    **7515.00 (filing fee included)**

Prior to the filing of this statement I have received    $    **7515.00 ( Filing fee included)**

Balance Due    $    **0.00**

2.    $ **1717.00** of the filing fee has been paid.

3.    The source of the compensation paid to me was:

☐ Debtor    ☑ Other (specify):    My Kidz Dentist PC

4.    The source of compensation to be paid to me is:

☑ Debtor    ☐ Other (specify):

5.    ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6.    In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

a.    Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
b.    Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
c.    Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
d.    [Other provisions as needed]

All fees will be billed to the Client or Bankruptcy Estate at the rate of $350.00 per hour in increments of 1/10th of an hour, or any such other amount as determined by the court. Associate attorneys will be billed at $200.00 per hour, paralegals at $150.00 per hour and administrative assistants at $50.00 per hour. All rates are billed in increments of 1/10th of an hour with minimum of 2/10th per hour for any task.

All fees are subject to court approval and any fees incurred after the filing of client's petition will not be dispersed until such agreement is approved by the court. In no case will client be billed directly nor will any additional fees be collected from client unless expressly authorized by the court.

Attorney may send bills to client from time to time to keep client informed of time incurred. Attorney shall not seek any additional compensation directly from client unless expressly authorized by the Court.

7.    By agreement with the debtor(s), the above-disclosed fee does not include the following service:

In re    **My Kidz Dentist PC** _____    Case No. _____
                                    Debtor(s)

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)
### (Continuation Sheet)

| CERTIFICATION |
|---|

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**December 13, 2019** _____        /s/ Ian M. Falcone _____
*Date*                                                **Ian M. Falcone 254470**
                                                      *Signature of Attorney*
                                                      **The Falcone Law Firm, P.C.**
                                                      **363 Lawrence Street**
                                                      **Marietta, GA 30060**
                                                      **(770) 426-9359  Fax: (770) 426-8968**
                                                      **attorneys@falconefirm.com** _____
                                                      *Name of law firm*

# United States Bankruptcy Court
## Northern District of Georgia (ALL DIVISIONS)

In re    **My Kidz Dentist  of Carrollton PC**      Case No. _____

                                           Debtor(s)          Chapter    **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
| --- | --- | --- | --- |

**-NONE-**

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

       I, the  of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date   **December 13, 2019**             Signature   **/s/ Dr. Lona Bibbs-Walker**

                                                         **Dr. Lona Bibbs-Walker**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## Northern District of Georgia (ALL DIVISIONS)

In re    **My Kidz Dentist  of Carrollton PC**

Case No.

Debtor(s)                    Chapter    **11**

# VERIFICATION OF CREDITOR MATRIX

I, the  of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:    **December 13, 2019**                    **/s/ Dr. Lona Bibbs-Walker**

**Dr. Lona Bibbs-Walker**/
Signer/Title

ADT Protection 1
830 Franklin Court, Ste A
Marietta, GA 30067


Airgas
2015 Vaughn Road, Bldg 400
Kennesaw, GA 30144


Alfa Advance LLC
31-10  37th Ave, Ste 202
Long Island City, NY 11109


Alliance Orthodontics
1124 N. Park Street
Ste S
Carrollton, GA 30117


Atlanta Dental
1650 Satellite Blvd
Duluth, GA 30097


Avesis
c/o Steve Maniloff/Montgomery
1735 Market Street
Philadelphia, PA 19103


CapFlow
2232 Brigham Street #5
Brooklyn, NY 11229


Communtiy Bank of Pickens Co
15 Sammy McGhee Blvd
Jasper, GA 30143


Corporation Service Company
as representative
PO Box 2576
Springfield, IL 62708

CSC
801 Adial Stevenson Drive
Springfield, IL 62703


CT Corporation systems
as representative
330 N. Brand Blvd, Ste 700
Glendale, CA 91203


Darby Dental Supply
300 Jericho Quadrangle Ll
Jericho, NY 11753


De Lage Landen Financial
111 Old Eagle School Rd
Wayne, PA 19087


IKUKA Capital
162 Elmora Ave
Elizabeth, NJ 07202


Jeffrey Schaefer
Lease Direct
PO BOx 6980
Wayne, PA 19087


Kitchens Kelley Gaynes PC
Glenridge Highlands One
5555 Glenridge Conn, Ste 800
Atlanta, GA 30342


Lien Solutions
PO Box 29071
Glendale, CA 91209-9071


Lona Bibbs-Walker
193 Stanley Road
Fayetteville, GA 30214

```
Lynn Carroll, Esq.
Building 1, Ste 400
101 Village Parkway
Marietta, GA 30067


MCA Recovery LLC
Zachary Chsin
17 State Street, Ste 4000
New York, NY 10004


Mr. Advance Capital LLC
116 Nassau Street, Ste 804
New York, NY 10038


My Dental Career & Staffing LL
193 Stanley Rd
Fayetteville, GA 30214


My Kidz Dentist
Of Fayetteville
193 Stanley Rd
Fayetteville, GA 30214


My Kidz Dentist PC
1741 Newnan Crossing
Newnan, GA 30265


NuLink
2-A Jackosn Street
Newnan, GA 30263


Ora Labs
18685 E. Plaza Drive
Parker, CO 80134


Patterson Dental
1775 W. Oak Parkway #500
Marietta, GA 30062
```

Quench Water
630 Allendale Rd, Ste 200
King of Prussia, PA 19406


RiverBridge LTD


RPM Rewards LLC
340 Youngs Cir
Fayetteville, GA 30215

# United States Bankruptcy Court
## Northern District of Georgia (ALL DIVISIONS)

In re   __My Kidz Dentist  of Carrollton PC__

Debtor(s)

Case No. _____

Chapter   __11__

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   __My Kidz Dentist  of Carrollton PC__   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

__December 13, 2019__

Date

__/s/ Ian M. Falcone__

__Ian M. Falcone 254470__

Signature of Attorney or Litigant

Counsel for   __My Kidz Dentist  of Carrollton PC__

__The Falcone Law Firm, P.C.__

__363 Lawrence Street__
__Marietta, GA 30060__
__(770) 426-9359 Fax:(770) 426-8968__
__attorneys@falconefirm.com__